**FILED**
January 2, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

JOHN ODOM HARRIS, JR.,

        Defendant.

Case No. 2:24-mj-00152-SCR

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JOHN ODOM HARRIS, JR. , Case No. 2:24-mj-00152-SCR , Charge 21 U.S.C. § 846(a)(1), from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ \_\_\_\_\_

**x** Secured Appearance Bond $ 200,000.00 on property equity of defendant's father, John Odom Harris

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

**x** (Other): Delayed release at 9:00 AM on January 3, 2025, released to the third party custody of Ms. Terry Pace, and must directly report to Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814 following release.

Issued at Sacramento, California on January 2, 2025 at 1:30 PM.

By: /s/ Sean C. Riordan

Magistrate Judge Sean C. Riordan